UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

**JANET GULLIFORD, o/b/o DESIREE GULLIFORD (Minor),**

        Plaintiff(s),        CASE NUMBER: 06-12654
                                      HONORABLE VICTORIA A. ROBERTS

v.

**JO ANNE B. BARNHART,
Commissioner of Social Security,**

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On February 28, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 15]** recommending that the Court grant Defendant's Motion for Summary Judgment **[Doc. 14]** and deny Plaintiff's Motion for Summary Judgment **[Doc. 8]**.  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court

will adopt the Magistrate Judge's Report and Recommendation.  The Court, therefore,

**GRANTS** Defendant's Motion for Summary Judgment and **DENIES** Plaintiff's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

                                          s/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated:  March 30, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 30, 2007.

s/Carol A. Pinegar
Deputy Clerk

---